IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JAI´QUEZ KOREANTE LAW,

           **Plaintiff,**

v.                                                Case No. 23-CV-421-JFH-DES

CHRIS BRYANT, et al.,

           **Defendants.**

## OPINION AND ORDER

Plaintiff Jai´Quez Koreante Law ("Law") filed a motion requesting the Court to appoint counsel. Dkt. No. 3. He bears the burden of convincing the Court that his claim has sufficient merit to warrant such appointment. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The Court has carefully reviewed the merits of Law's claims, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering Law's ability to present his claims and the complexity of the legal issues raised by the claims, the Court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

IT IS THEREFORE ORDERED that Law's motion for appointment of counsel [Dkt. No. 3] is DENIED.

Dated this 24th day of May 2024.

                                                          JOHN F. HEIL, III
                                                          UNITED STATES DISTRICT JUDGE